**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| MONDIS TECHNOLOGY, LTD., | |
| Plaintiff, | CIVIL ACTION NO. 2:07-CV-565-TJW |
| v. | JUDGE:  Hon. T. John Ward |
| HON HAI PRECISION INDUSTRY CO. LTD.,  a/k/a FOXCONN, ET AL., | **(consolidated for claim construction hearing)** |
| Defendants. | |
| MONDIS TECHNOLOGY, LTD., | |
| Plaintiff, | CIVIL ACTION NO. 2:08-CV-478-TJW |
| v. | JUDGE:  Hon. T. John Ward |
| TOP VICTORY ELECTRONICS (TAIWAN) CO., LTD., ET AL., | **(consolidated for claim construction hearing)** |
| Defendants. | |

## JOINT CLAIM CONSTRUCTION AND PRE-HEARING STATEMENT

Pursuant to Local Patent Rule 4-3, Plaintiff Mondis Technology Ltd. ("Mondis") and

Defendants Chimei Innolux Corp. and Innolux Corporation (collectively "Innolux"); Hon Hai

Precision Industry Co. Ltd. ("Hon Hai"); and Top Victory Electronics (Taiwan) Co., Ltd.; TPV

International (USA), Inc.; Top Victory Electronics (Fujian) Co., Ltd.; TPV Electronics (Fujian)

Co., Ltd.; and Envision Peripherals Inc. (collectively "TPV")[1] submit this Joint Claim

Construction and Pre-Hearing Statement.

For reference, the U.S. patents at issue are as follows:

---

[1] Innolux and Hon Hai are defendants in Civil Case No. 2:07-CV-565.  The TPV entities are defendants in Civil Case No. 2:08-CV-478 involving the same patents.  The Court has consolidated the claim construction determinations for the two cases.

| **'090 patent family** | **'812 patent family** |
|:---:|:---:|
| 6,247,090 | 6,057,812 |
| 6,513,088 | 6,304,236 |
| 6,549,970 | 6,639,588 |
| 7,089,342 | 6,686,895 |
| 7,475,180 | |
| 7,475,181 | |

## A.    Identification of Agreed Constructions Pursuant to Local Patent Rule 4-3(a)

Pursuant to Local Patent Rule 4-3(a), the parties agree to the following construction of

the terms identified below:

| Term[2] | Patent/Claims | Construction |
|---|---|---|
| "incudes" | '970: claim 14 | "includes" |
| "A display apparatus which receives a video signal and a synchronization signal from an external computer, and which display[s] an image in accordance with the video signal and the synchronization signal on a/the screen, the display apparatus comprising…" | '236: claims 1, 2 | Preambles are limitations.<br><br>Certain terms in preambles are addressed elsewhere in this statement. |
| "A display apparatus which displays an image based on a video signal from an external computer, said display apparatus being separate from said external computer and comprising…" | '588: claim 5 | |
| "A display unit for displaying an image based on a video signal received from an external computer [which is connected to an input device], the display unit being separate from the external computer and comprising…" | '895: claims 1, 3 | |

---

[2] Brackets indicate differences between the identified claims.

| Term[2] | Patent/Claims | Construction |
|---|---|---|
| "input means" | '895: claim 3 | Governed by 35 USC §112 ¶ 6<br><br>Function:<br>inputting instructions<br><br>Corresponding Structure:<br>a keyboard, mouse, or pen |
| "disiplay"<br>"anid"<br>"conformn"<br>"comnputer" | '812: claim 2 | "display"<br>"and"<br>"conform"<br>"computer" |
| "a program that/which is/was previously [programmed] for operating a computer body" | '812: claims 1, 4, 7, 10, 11 | a program for operating a computer |
| "a program that is previously programmed in [a] software [used] for operating the external computer['s body]"<br><br>"[a program in] software for operating said external computer" | '236: claims 1, 2<br><br><br><br><br>'588: claims 1, 5 | a program for operating an external computer |

**B.      Identification of Disputed Constructions Pursuant to Local Patent Rule 4-3(b)**

Pursuant to Local Patent Rule 4-3(b), the parties dispute the construction of certain terms, phrases, and clauses.  The claim constructions proposed by each party, and corresponding supporting evidence, are presented in tabular form in the attached exhibits, as follows:

- Exhibits A1 and A2:  Parties' proposed constructions of disputed terms
  - Exhibit A1:  '090 patent family
  - Exhibit A2:  '812 patent family
- Exhibits B1 and B2:  Mondis supporting evidence
- Exhibits C1 and C2:  Innolux supporting evidence
- Exhibits D1 and D2:  Hon Hai supporting evidence
- Exhibits E1 and E2:  TPV supporting evidence

For each limitation previously identified as governed by 35. U.S.C. § 112 ¶ 6 in the parties' Patent Rule 4-1 disclosures, the attached exhibits identify the structure(s), act(s), or material(s) which the parties contend correspond to that element.

For consistency of reference, the parties have agreed that all specification references for the '090 patent family be to the '090 specification, and that all specification references for the '812 patent family be to the '812 specification, except where necessary to refer to unique language (if any) in a particular specification.

### C.    Local Patent Rule 4-3(c)

Pursuant to Local Patent Rule 4-3(c), Plaintiff Mondis anticipates that the claim construction hearing will require half a court day.  Defendants anticipate that a full court day will be required.

### D.    Local Patent Rule 4-3(d)

Pursuant to Local Patent Rule 4-3(d), the parties do not believe that the testimony of experts or other witnesses will be required at the hearing.

### E.    Local Patent Rule 4-3(e)

Pursuant to Local Patent Rule 4-3(e), the parties do not anticipate a need for a pre-hearing conference before the claim construction hearing.

**DATED:**      September 27, 2010           Respectfully submitted,

*/s/ Jeffrey B. Plies*
Martin J. Black
martin.black@dechert.com
**LEAD ATTORNEY**
Robert D. Rhoad
robert.rhoad@dechert.com
Dechert LLP
Cira Centre
2929 Arch Street
Philadelphia, PA  19104-2808
Telephone: (215) 994-4000

Jeffrey B. Plies
jeffrey.plies@dechert.com
George W. Webb III
george.webb@dechert.com
Dechert LLP
300 W. 6th Street, Suite 1850
Austin, TX  78701
Telephone: (512) 394-3000
*Attorneys for Plaintiff Mondis Technology Ltd.*

**OF COUNSEL:**

Otis W. Carroll
Texas Bar No. 03895700
Wesley Hill
Texas Bar No. 24032294
IRELAND, CARROLL & KELLEY, P.C.
6101 South Broadway, Suite 500
Tyler, TX  75703
(903) 561-1600
(903) 581-1071

Dated:  September 27, 2010          Respectfully submitted,

                                     _/s/ Nicholas J. Wilt_
                                    Mark A. Samuels (*Pro Hac Vice*) - *Lead Counsel*
                                    Brian M. Berliner (*Pro Hac Vice*)
                                    Ryan K. Yagura (*Pro Hac Vice*)
                                    Vision L. Winter (*Pro Hac Vice*)
                                    Nicholas J. Whilt (*Pro Hac Vice*)
                                    O'MELVENY & MYERS LLP
                                    400 South Hope Street
                                    Los Angeles, California 90071-2899
                                    Telephone: (213) 430-6000
                                    Facsimile: (213) 430-6407

                                    Trey Yarbrough
                                    Bar No. 22133500
                                    Yarbrough Wilcox, PLLC
                                    100 E. Ferguson St., Ste. 1015
                                    Tyler, Texas 75702
                                    Telephone: (903) 595-3111
                                    Facsimile: (903) 595-0191
                                    E-mail: trey@yw-lawfirm.com

                                    Attorneys for Defendants Top Victory Electronics
                                    (Taiwan) Co., Ltd.; TPV International (USA), Inc.;
                                    TPV Electronics (Fujian) Co., Ltd.; Top Victory
                                    Electronics (Fujian) Co., Ltd.; and Envision
                                    Peripherals, Inc.

DATED:   September 27, 2010                    Respectfully submitted,

                                               */s/ Peter J. Wied*
                                               PAUL HASTINGS JANOFSKY & WALKER,
                                               LLP
                                               Vincent K. Yip, Admitted *Pro Hac Vice*
                                               Jay C. Chiu, Admitted *Pro Hac Vice*
                                               Peter J. Wied, Admitted *Pro Hac Vice*
                                               515 South Flower Street, 25th Floor
                                               Los Angeles, CA 90071-2228
                                               Telephone: (213) 683-6015
                                               Facsimile: (213) 627-0705


                                               Attorneys for Defendant HON HAI
                                               PRECISION INDUSTRY CO., LTD.

Dated:  September 27, 2010                Respectfully submitted,

                                          */s/ James P. Brogan*
                                          James P. Brogan
                                          Ann Marie Byers
                                          COOLEY LLP
                                          380 Interlocken Crescent, Suite 900
                                          Broomfield, CO 80021-8023
                                          E-Mail:  jbrogan@cooley.com
                                          E-Mail:  abyers@cooley.com
                                          Tel:  720-566-4000
                                          Fax:  720-566-4099

                                          Thomas J. Friel, Jr.
                                          Jigang Jin
                                          COOLEY LLP
                                          101 California Street, 5th Floor
                                          San Francisco, CA  94111-5800
                                          E-Mail:  tfriel@cooley.com
                                          E-Mail:  jinj@cooley.com
                                          Tel:  415-693-2000
                                          Fax:  415-693-2222

                                          Eric H. Findlay
                                          5760 Old Jacksonville Hwy
                                          Suite 101
                                          Tyler, TX  75703
                                          E-Mail:  efindlay@findlaycraft.com
                                          Tel:  903-534-1100
                                          Fax:  903-534-1137

                                          Attorneys for Defendants Chimei InnoLux Corp.
                                          and InnoLux Corp.

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this

**JOINT CLAIM CONSTRUCTION AND PRE-HEARING STATEMENT**

was served on all counsel who have consented to electronic service.  Local Rule CV-5(a)(3)(A). Pursuant to Federal Rule of Civil Procedure 5(d) and Local Rule CV-5(e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by certified mail, return receipt requested, on September 27, 2010.

*/s/ Jeffrey B. Plies*
Jeffrey B. Plies